UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,         CR. NO. 04-80920

  vs.                         HON. JOHN CORBETT O'MEARA

JAMES BAILEY,

           Defendant.
_____/

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

This matter having come before the Court by way of Defendant's Motion and the Court being advised in the premises thereof;

**IT IS HEREBY ORDERED** that the Motion requesting withdrawal of Counsel by the Federal Defender Office is hereby **GRANTED**.

The Federal Defender Office will obtain a panel attorney to represent the Defendant.

                                    s/John Corbett O'Meara
                                    John Corbett O'Meara
                                    United States District Judge

Dated:  May 24, 2006